UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISIPPI
NORTHERN DIVISION

RHONDA BARNES,

   Plaintiff,

-vs-                                  CASE NO.:  3:15-cv-00647-DPJ-FKB

BLUESTEM BRANDS, INC., d/b/a
FINGERHUT,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

**Plaintiff,** RHONDA BARNES, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, RHONDA BARNES, and Defendant, BLUESTEM BRANDS, INC. d/b/a FINGERHUT have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of March, 2016, the foregoing was served electronically in accordance with the Court's guidelines, and a copy of which was served via electronic mail to: erin.hoffman@faegrebd.com; wray@watkinseager.com; rireland@watkinseager.com; and Jason@jasongraeberlaw.com.

                                           s/*Amanda J. Allen*
                                           Amanda Allen, Esquire
                                           FL Bar#: 0098228
                                           The Consumer Protection Firm, PLLC
                                           210a South MacDill Avenue
                                           Tampa, FL 33609
                                           Telephone:  (813) 500-1500
                                           Amanda@TheConsumerProtectionFirm.com
                                           Attorney for Plaintiff